**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEXAS SILICATE DISTRIBUTORS, LLC, | § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Case No. 4:12cv572 |
| | | (Judge Clark/Judge Mazzant) |
| THE UNITED STATES (INTERNAL REVENUE SERVICE), ET AL., | | |
| *Defendants,* | | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 1, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Interlocutory Default Judgment Against Defendants [Doc. #34] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Interlocutory Default Judgment Against Defendants [Doc. #34] is GRANTED.

It is further **ORDERED** that Defendants Roddie Trucking, LLC, Rogelio Palenzuela d/b/a Palenzuela Trucking, Blinks Trucking, Inc., Alfaro Hernandez d/b/a AH Transportation,

and Luis Claudio d/b/a Cano Trucking take nothing from this proceeding and are **DISMISSED** with prejudice.

The Clerk is directed to terminate Roddie Trucking, LLC, Rogelio Palenzuela d/b/a Palenzuela Trucking, Blinks Trucking, Inc., Alfaro Hernandez d/b/a AH Transportation, and Luis Claudio d/b/a Cano Trucking from this civil action.

So **ORDERED** and **SIGNED** this **27** day of **November, 2013.**

_____
Ron Clark, United States District Judge